■ In the Matter of the Arbitration between HOME INSURANCE COMPANY, Respondent, and VICTORIA HYMAN et al., Appellants. [645 NYS2d 14]

The motion court correctly held that it lacks the power to award preaward interest absent an award thereof in the arbitration award itself (*Matter of Gruberg [Cortell Group]*, 143 AD2d 39). Concur—Rosenberger, J. P., Ellerin, Rubin and Kupferman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE JOHNSON, Appellant. [644 NYS2d 623]

The hearing court did not unduly limit defense counsel's cross-examination of the arresting officer concerning prior unrelated arrests. Inquiry on this issue was only marginally relevant, and the court properly exercised its discretion (*see, Delaware v Van Arsdall*, 475 US 673, 679). Concur—Milonas, J. P., Ellerin, Kupferman, Tom and Mazzarelli, JJ.